IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| HORIZON PHARMA IRELAND LIMITED, HZNP LIMITED and HORIZON PHARMA USA, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> LUPIN LTD. and LUPIN PHARMACEUTICALS INC., <br><br> Defendants. | Civil Action Nos. 1:15-cv-3051-NLH-AMD <br> 1:15-cv-5027-NLH-AMD <br> 1:15-cv-6935-NLH-AMD <br> 1:15-cv-7745-NLH-AMD <br> 1:16-cv-0732-NLH-AMD <br> 1:16-cv-5054-NLH-AMD |

**STIPULATION AND ORDER OF DISMISSAL
WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(2)**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs Horizon Pharma Ireland Limited, HZNP Limited, and Horizon Pharma USA, Inc., and Defendants Lupin Ltd. and Lupin Pharmaceuticals, Inc., hereby stipulate that the above-captioned action, including all claims, counterclaims and defenses, is hereby dismissed in its entirety without prejudice.

Dated: June 8, 2018

| | |
|---|---|
| s/John E. Flaherty | s/Karen A. Confoy |
| John E. Flaherty <br> Ravin R. Patel <br> McCARTER & ENGLISH LLP <br> Four Gateway Center <br> 100 Mulberry St. <br> Newark, NJ 07102 <br> (973) 622-4444 <br> *Attorneys for Plaintiffs Horizon Pharma Ireland Limited, HZNP Limited and Horizon Pharma USA, Inc.* | Karen A. Confoy <br> FOX ROTHSCHILD LLP <br> Princeton Pike Corporate Center <br> 997 Lenox Drive, Building 3 <br> Lawrenceville, NJ 08648-2311 <br> (609) 896-3600 <br><br> *Attorneys for Defendants Lupin Ltd. and Lupin Pharmaceuticals, Inc.* |

So Ordered this 18th day of June, 2018

Noel L. Hillman

**Hon. Noel L. Hillman, USDJ**

Case 1:15-cv-03051-NLH-AMD   Document 432-1   Filed 06/08/18   Page 2 of 2 PageID: 15605

SO ORDERED on this _____ day of

_____, 2018:

_____
**NOEL H. HILLMAN**
**UNITED STATES DISTRICT JUDGE**